```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Akaniyene William Etuk,

                Plaintiff,

-against-

City of New York, et al.,

                Defendants.

1:24-cv-04962 (GHW) (SDA)

ORDER OF SERVICE

**STEWART D. AARON, United States Magistrate Judge:**

In accordance with the Order of Service issued by the Honorable Gregory H. Woods on August 16, 2024 (8/16/24 Order of Service, ECF No. 8), and upon receipt of Defendant City of New York's letter supplying the Court with information responsive to the same (*see* Def. City's 10/15/24 Ltr., ECF No. 14), to permit Plaintiff to effect service on Defendant Police Officer Railyng Frias, Shield No. 30952 ("Defendant Frias"), through the U.S. Marshals Service, the Clerk of Court is instructed to complete a U.S. Marshals Service Process Receipt and Return form using the following address:

Police Officer Railyng Frias
*Shield No. 30952*
New York City Police Department, Transit Bureau District 11
E 161st St & River Ave.
Bronx, NY 10451

The Clerk of Court further shall issue a summons and deliver to the Marshals Service all of the necessary paperwork—including the Amended Complaint (ECF No. 12)—for the Marshals Service to effect service of the entire pleading upon Defendant Frias.

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the deadline for Plaintiff to effect service upon Defendant Frias is extended to January 15, 2025.

**SO ORDERED.**

Dated:   New York, New York
         October 15, 2024

                                                _____
                                                STEWART D. AARON
                                                United States Magistrate Judge