UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Akaniyene William Etuk,

                Plaintiff,

-against-

City of New York, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/10/2024

1:24-cv-04962 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

No later than Friday, December 13, 2024, counsel for Defendants shall mail Plaintiff the Court's November 15, 2024 Order (ECF No. 19) at his updated address and file proof of service to the ECF docket.

**SO ORDERED.**

Dated:    New York, New York
            December 10, 2024

_____
STEWART D. AARON
United States Magistrate Judge