UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Akaniyene William Etuk,

          Plaintiff,

-against-

City of New York, et al.,

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/17/2024

1:24-cv-04962 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

No later than tomorrow, December 18, 2024, counsel for Defendants shall mail Plaintiff their Motion to Dismiss with its supporting papers (Not. of Motion to Dismiss, ECF No. 23; Defs.' 12/16/24 Mem., ECF No. 24) at his address, if counsel has not already done so, and in any event, file proof of service to the ECF docket.

**SO ORDERED.**

Dated:    New York, New York
          December 17, 2024

_____
STEWART D. AARON
United States Magistrate Judge