```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Akaniyene William Etuk,

        Plaintiff,

-against-

City of New York, et al.,

        Defendants.

1:24-cv-04962 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's Response in Opposition (Response, ECF No. 28) to Defendant City of New York's (the "City") Motion to Dismiss. (Motion, ECF No. 23.) The Court notes Plaintiff's discovery request for body camera footage in his Response. (Response at 4.) The City is directed to respond to Plaintiff's request no later than Monday, February 24, 2025.

**SO ORDERED.**

Dated:    New York, New York
           January 23, 2025

_____
STEWART D. AARON
United States Magistrate Judge