USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Akaniyene William Etuk,

                Plaintiff,

-against-

City of New York, et al.,

                Defendants.

1:24-cv-04962 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court has before it a fully briefed Motion to Dismiss filed by Defendant City of New York (the "City"). The Court notes that the only other defendant, Officer Frias, was served on February 12, 2025. (ECF No. 31.) Accordingly, it is hereby ORDERED that the Law Department shall inform the Court by letter filed to the ECF docket, no later than Friday, February 28, 2025, whether the Law Department will represent Officer Frias in this case, and whether Officer Frias is joining the City's pending Motion to Dismiss.

**SO ORDERED.**

Dated:        New York, New York
               February 18, 2025

_____
STEWART D. AARON
United States Magistrate Judge