UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Akaniyene William Etuk,

           Plaintiff,

-against-

City of New York, et al.,

           Defendants.

1:24-cv-04962 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    The Court is in receipt of the motion to dismiss filed on behalf of Officer Frias. (Motion to Dismiss, ECF No. 36) Plaintiff shall file any opposition to the Motion to Dismiss no later than Wednesday, March 26, 2025. Officer Frias shall file any reply no later than Monday, April 7, 2025.

**SO ORDERED.**

Dated:    New York, New York
           March 6, 2025

_____
STEWART D. AARON
United States Magistrate Judge