UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Akaniyene William Etuk,<br><br>      Plaintiff,<br><br>-against-<br><br>City of New York, et al.,<br><br>      Defendants. | 1:24-cv-04962 (GHW) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

On September 12, 2025, the Court entered an Order requiring Plaintiff to respond to Defendants' motion to dismiss no later than October 3, 2025. (Order, ECF No. 54.) Plaintiff has yet to respond to the motion to dismiss. Accordingly, it is hereby ORDERED that Plaintiff shall respond to the motion to dismiss no later than October 22, 2025. Defendants shall file any reply no later than November 12, 2025. If Plaintiff does not file any opposition to the motion to dismiss, the Court will make its recommendation regarding Defendants' motion to dismiss based upon the existing record. The Clerk of Court is respectfully requested to terminate the Letter Motion filed at ECF No. 55.

SO ORDERED.

Dated: New York, New York
    October 8, 2025

                      _____
                      STEWART D. AARON
                      United States Magistrate Judge