**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
AKANIYENE WILLIAM ETUK,

                       Plaintiff,                      24 **CIVIL** 4962 (GHW)(SDA)

       -against-                            **JUDGMENT**

CITY OF NEW YORK, et al.,

                      Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated December 15, 2025, Defendants' motion to dismiss is GRANTED. This action is dismissed with prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York
          December 17, 2025

                               **TAMMI M. HELLWIG**
                               _____
                                 **Clerk of Court**

                 **BY:**               
                               _____
                                 **Deputy Clerk**